# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kristin Mastoras

                                                Plaintiff,

v.                                                                                           Case No.: 1:26–cv–01322

                                                                                               Honorable Mary M. Rowland

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

      MINUTE entry before the Honorable Mary M. Rowland: The Court grants Defendant Newseego's unopposed motion for extension of time [20] Defendant Newseego to answer or otherwise plead by 4/9/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.